NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WESTERN PLASTICS, INC.,**

*Plaintiff-Cross-Appellant*

**v.**

**DUBOSE STRAPPING, INC.,**

*Defendant-Appellant*

---

2021-1371, 2021-1372

---

Appeals from the United States District Court for the Eastern District of North Carolina in No. 5:15-cv-00294-D, Chief Judge James C. Dever, III.

---

## JUDGMENT

---

GLENN E. FORBIS, Harness, Dickey & Pierce, P.L.C., Troy, MI, argued for plaintiff-cross-appellant. Also represented by JAMES BRADLEY LUCHSINGER.

GEORGE THOMAS WILLIAMS, III, McGarry Bair PC, Grand Rapids, MI, argued for defendant-appellant. Also represented by ANTHONY J. BILLER, Envisage Law, Raleigh, NC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 17, 2021          /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                      Clerk of Court